UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMET MUSTAFA

VERSUS

ALBERTO GONZALES, ET AL

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 SEP 19 P 1:41

CIVIL ACTION

BY DEPUTY CLERK

NO. 07-537-A

## RULING

The court having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 31, 2007 (doc. 8), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss or, Alternatively, to Dismiss Improper Parties and Transfer Venue (doc. 4) filed by respondents, Alberto Gonzales, Attorney General of the United States; Michael Chertoff, the Secretary of the United States Department of Homeland Security; and Joe Young, the Warden of the Federal Detention Center in Oakdale, Louisiana, is **granted in part**, in that the matter should be transferred to the Western District of Louisiana pursuant to 28 U.S.C. §1406(a) for further proceedings and disposition of the remaining arguments contained in respondents' motion to dismiss.

Baton Rouge, Louisiana, September 19, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA